FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRY MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA COUNTY, a Washington State County, YAKIMA COUNTY DEPARTMENT OF CORRECTIONS, a Governmental entity, JEREMY WELCH, Director, Yakima County Department of Corrections, RHONDA COOK, SHERRY LYNN JOHNSON, LISA RAPP, Yakima County Department of Corrections Officers: SERGEANT FREEBURG, OFFICER VALDEZ, OFFICER JEWETT, OFFICER VIVEROS, OFFICER ANGUIANO, OFFICER BRUSO, OFFICER GARCIA, OFFICER VOLLAND, OFFICER THOMSON, SERGEANT FERNANDEZ,<br><br>Defendants. | No. 1:25-cv-03221-RLP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS RHONDA COOK, SHERRY LYNN JOHNSON, AND LISA RAPP |

Before the Court is a stipulated motion to dismiss defendants Rhonda Cook, Sherry Lynn Johnson, and Lisa Rapp. ECF No. 17. Pursuant to the stipulation,

**IT IS HEREBY ORDERED:**

1. The Stipulated Motion to Dismiss defendants Cook, Johnson, and Rapp, **ECF No. 17**, is **GRANTED**.

2. All claims against all against defendants Rhonda Cook, Sherry Lynn Johnson, and Lisa Rapp, are **DISMISSED** with prejudice and without fees or costs to any party pursuant to the Notice of Discharge and Injunction on file herein (ECF No. 4). Plaintiff's claims against Defendants Yakima County, Yakima County Department of Corrections, Jeremy Welch, Sergeants Freeburg and Fernandez, and Officers Valdez, Jewett, Viveros, Anguiano, Bruso, Garcia, Volland, and Thomson remain.

3. The Court Clerk is directed to update the case caption to reflect that defendants Rhonda Cook, Sherry Lynn Johnson, and Lisa Rapp are DISMISSED from the case and TERMINATED from this action.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

DATED September 4, 2026.

Rebecca L. Pennell
United States District Judge